UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARGARITA TRIBBLE, | ) |
| Plaintiff, | ) |
| vs. | ) 2:09-cv-250-WTL-WGH |
| ALSTOM POWER, INC., | ) |
| Defendant. | ) |

# J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on her complaint.

The costs of this action are assessed against the plaintiff.

Date: 04/25/2011

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

David J. Carr, ICE MILLER LLP
carr@icemiller.com

Cara J. Ottenweller, ICE MILLER LLP
cara.ottenweller@icemiller.com

Margarita Tribble
1649 Spruce
Terre Haute, IN 47807